71  169
22a 561
22a 562
71  169
81a  27
71  169
185  125
185  126
185  127

## WILLIAM Y. DANIELS

### *v.*

## CHARLES R. OSBORN *et al.*

ACTION—*when premature.* Where goods are sold on a definite credit, and suit is brought for the price before the credit expires, it will be premature, and no recovery can be had.

APPEAL from the Superior Court of Cook county; the Hon. WILLIAM A. PORTER, Judge, presiding.

This was an action of assumpsit, by the appellees against the appellant, for the price of goods sold and delivered. A trial was had, in which the plaintiffs recovered.

Messrs. Storrs & Jamieson, for the appellant.

Per Curiam: This was assumpsit, for goods sold and delivered. The general issue was pleaded. It appears, by the showing of the plaintiffs below, that the goods sold and in question were not to be paid for until the 9th day of October, 1872, yet this suit was commenced on the 11th day of July, 1872, before the credit expired. It was prematurely brought, and the judgment must be reversed and cause remanded.

*Judgment reversed.*